UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NO. 8 MINE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE ELJEN GROUP, LLC, et. al.,<br><br>    Defendants.<br><hr>THE ELJEN GROUP, LLC, et. al.,<br><br>    Counterclaimants,<br><br>v.<br><br>NO. 8 MINE, LLC and DAVE TACKETT,<br><br>    Counterdefendants. | Case No. 3:18-cv-00104-MMD-WGC<br><br>**ORDER**<br><br>Re: ECF No. 23 |

On April 24, 2018, a Notice of Disassociation of Counsel was filed by attorney Rendal B. Miller, Esq., who up to this point had served as counsel for Plaintiff and Counterdefendants No. 8 Mine, LLC and Dave Tackett. (ECF No. 23.)

It is ordered that Mr. Miller is no longer counsel of record for Plaintiff and Counterdefendants No. 8 Mine, LLC and Dave Tackett.

Nathan J. Aman, Esq., and Jeremy Clarke, Esq., of the law firm Fahrendorf, Viloria, Oliphant & Oster LLP will continue on as counsel of record for Plaintiff and Counterdefendants No. 8 Mine, LLC and Dave Tackett.

**IT IS SO ORDERED.**

DATED: April 25, 2018.

                                                                                                                 _____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE