Nathan J. Aman, Esq.
Nevada Bar No. 8354
naman@renonvlaw.com
Jeremy B. Clarke, Esq.
Nevada Bar No. 13849
jclarke@renonvlaw.com
FAHRENDORF, VILORIA,
  OLIPHANT & OSTER L.L.P.
327 California Ave.
Reno, Nevada 89509
(775) 284-8888
Attorneys for Plaintiff/Counterdefendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NO. 8 MINE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE and STEVEN HARPER,<br><br>Defendants. | Case No.: 3:18-cv-00104-MMD-WGC<br><br>**JOINT STIPULATED REQUEST TO STAY SETTLEMENT CONFERENCE** |
| THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE and STEVE HARPER,<br><br>Counterclaimants,<br>v.<br><br>NO. 8 MINE, LLC and DAVID TACKETT,<br><br>Counterdefendants. | |

COMES NOW, Plaintiffs, NO. 8 MINE, LLC and Counterdefendants NO. 8 MINE, LLC and DAVID TACKETT ("Plaintiff"), and Defendants/Counterclaimants THE ELJEN GROUP, LLC, ELVEN JENNINGS, JACK ELKINS, FRANK LENTE and STEVE HARPER ("Defendants/Counterclaimants"), by and through their respective counsel of record, and hereby jointly request this Court VACATE the Settlement Conference in the above-captioned matter which is presently set for 9:00 a.m. on August 22, 2018.

970869

-1-

FAHRENDORF,
VILORIA,
OLIPHANT
& OSTER L.L.P.

ATTORNEYS AND
COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P. O. BOX 62 ~ RENO, NEVADA 89504
327 CALIFORNIA AVENUE ~ RENO, NEVADA 89509

This request is made after extensive telephone conferences held between the parties, and the joint determination that the parties are not in a position where a settlement conference would be fruitful or cost-effective at this time. The parties agree a settlement conference may be reset at a later date. The parties reserve their respective rights to seek leave to recover travel costs associated with the resetting of the settlement conference at a later date.

## **AFFIRMATION**

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

**DATED** this __9th__ day of August, 2018.

FAHRENDORF, VILORIA,
   OLIPHANT & OSTER L.L.P.


By:/s/ *Nathan J. Aman, Esq.*
Nathan J. Aman, Esq.
Nevada Bar No. 8354
Jeremy B. Clarke, Esq.
Nevada Bar No. 13849
327 California Ave.
Reno, Nevada 89509
(775) 284-8888

Attorneys for Plaintiff/Counterdefendants

WOODBURN & WEDGE

By: _/s/ Dane W. Anderson, Esq._
Dane W. Anderson, Esq.
Nevada Bar No. 6883
danderson@woodburnandwedge.com
6100 Neil Road, Ste. 500
Reno, Nevada 89511-1149
(775) 688-3000


and

ATTORNEYS AND
COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P. O. BOX 62 ~ RENO, NEVADA 89504
327 CALIFORNIA AVENUE ~ RENO, NEVADA 89509

FAHRENDORF,
VILORIA,
OLIPHANT
& OSTER L.L.P.

970869

-2-

By: _/s/ Michael L. Carrico, Esq._
SMIDT, REIS & KELEHER, P.C.
Michael L. Carrico, Esq. (by *pro hac vice*)
New Mexico Bar No: 6727
mcarrico@srklawnm.com
4811A Hardware Dr., NE Ste. 4
Albuquerque, New Mexico 87109
(505) 830-2200
Attorneys for Defendants/Counterclaimants

**IT IS SO ORDERED:**

_William G. Cobb_

U.S. Magistrate Judge

Dated: ___August 9_____, 2018