Dane W. Anderson, Esq.
Nevada Bar No. 6883
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, NV 89511
Telephone: 775-688-3000
Facsimile: 775-688-3088
danderson@woodburnandwedge.com

Michael Carrico
Smidt, Reist & Keleher
4811A Hardware Dr. NW, Suite 4
Albuquerque, NM 87109
Telephone: 505-830-2200
Facsimile: 505-830-4400
mcarrico@srklawnm.com

Attorneys for Defendants/Counterplaintiffs/Third Party Plaintiffs
The Eljen Group, LLC,
Elven E. Jennings, Jack Elkins,
Frank Lente and Steve Harper

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NO. 8 MINE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, AND STEVE HARPER, <br><br> Defendants. | Case No.: 3:18-cv-00104-WGC <br><br> **STIPULATION REGARDING FILING OF DEFENDANTS' FIRST AMENDED ANSWER, COUNTERCLAIMS AND THIRD PARTY CLAIMS** |
| THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, AND STEVE HARPER <br><br> CounterPlaintiffs, <br><br> v. <br><br> NO. 8 MINE, LLC <br> CounterDefendant. | |

| | |
|---|---|
| 1 | THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, AND STEVE HARPER |
| 2 | |
| 3 | Third Party Plaintiffs, |
| 4 | v. |
| 5 | DAVID TACKETT, ARGENT ASSET GROUP, LLC, and ROBERT HIGGINS, |
| 6 | |
| 7 | Third Party Defendants. |

## STIPULATION REGARDING FILING OF DEFENDANTS' FIRST AMENDED ANSWER, COUNTERCLAIMS AND THIRD PARTY CLAIMS

Plaintiff/CounterDefendant NO. 8 MINE, LLC; Third Party Defendant DAVID TACKETT and Defendants/Counterplaintiffs/Third Party Plaintiffs ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE AND STEVE HARPER, (herein Defendants), pursuant to Defendants' Motion for Leave [Doc. 50], and the matters discussed at the September 17, 2018 scheduling conference, hereby stipulate to Defendants/Counterplaintiffs/Third Party Plaintiffs filing of their First Amended Answer,

///
///
///
///
///
///
///
///
///
///
///

Counterclaims and Third Party Claims, in the form attached hereto as **Exhibit 1**.

DATED: September 20, 2018.

Respectfully submitted,

WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
775-688-3000

By____*/s/ Dane W. Anderson*_____
      Dane W. Anderson

SMIDT, REIST & KELEHER
4811-A Hardware Dr, NE, Suite 4
Albuquerque, NM 87109
(505) 830-2200

By____*/s/ Michael Carrico*_____
      Michael Carrico

*Attorneys for The Eljen Group, LLC, Elven E. Jennings, Jack Elkins, Frank Lente, and Steven Harper*

FAHRENDORF, VILORIA, OLIPHANT & OSTER, L.L.P.
327 California Ave
Reno, NV 89509

By____*/s/ Jeremy Clarke*_____
      Jeremy Clarke
*Attorneys for No. 8 Mine, LLC and David Tackett*

**IT IS SO ORDERED.**

DATED: September 21, 2018.

William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE

WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, NV 89511
Tel: (775) 688-3000