Nathan J. Aman, Esq.
Nevada Bar No. 8354
naman@renonvlaw.com
Jeremy B. Clarke, Esq.
Nevada Bar No. 13849
jclarke@renonvlaw.com
FAHRENDORF, VILORIA,
 OLIPHANT & OSTER L.L.P.
327 California Ave.
Reno, Nevada 89509
(775) 284-8888
Attorneys for Plaintiff/Counterdefendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NO. 8 MINE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE and STEVEN HARPER,<br><br>    Defendants. | Case No.: 3:18-cv-00104-WGC<br><br>**JOINT STIPULATION TO STAY DISCOVERY DEADLINES AND REQUEST FOR SCHEDULING CONFERENCE** |
| THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE and STEVE HARPER,<br><br>    Counterclaimants,<br>v.<br><br>NO. 8 MINE, LLC and DAVID TACKETT,<br><br>    Counterdefendants. | |
| THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, AND STEVE HARPER,<br><br>    Third Party Plaintiffs,<br>v.<br><br>DAVID TACKETT, ARGENT ASSET GROUP, LLC, AND ROBERT HIGGINS,<br><br>    Third Party Defendants | |

985875              -1-

# JOINT STIPULATION TO STAY DISCOVERY DEADLINES AND REQUEST FOR SCHEDULING CONFERENCE

COMES NOW, Plaintiffs, NO. 8 MINE, LLC and Counterdefendants NO. 8 MINE, LLC and DAVID TACKETT ("Plaintiff"), and Defendants/Counterclaimants THE ELJEN GROUP, LLC, ELVEN JENNINGS, JACK ELKINS, FRANK LENTE and STEVE HARPER ("Defendants/Counterclaimants"), by and through their respective counsel of record, and hereby jointly stipulate to a stay all current pending discovery deadlines including the October 4, 2018 expert disclosure deadline.

This stipulation is made in light of Defendants'/Counterclaimants' filing of their First Amended Answer, Counterclaims and Third-Party Claims on September 26, 2018 wherein Argent Asset Group, LLC and Robert Higgins (collectively referred to as "Argent") have been added as parties to this litigation. Following telephone conferences held between Plaintiff and Defendants/Counterclaimants, it is agreed that a stay on all pending discovery deadlines is prudent to allow Argent to participate in discovery and avoid duplicative discovery efforts. The parties agree a scheduling conference in anticipation of filing a Joint Second Amended Discovery Plan and Scheduling Order to include Argent may be beneficial and respectfully request that the Court schedule a conference as soon as Argent has made an appearance.

///

///

985875

-2-

# AFFIRMATION

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

**DATED** this __3rd__ day of October, 2018.

FAHRENDORF, VILORIA,
 OLIPHANT & OSTER L.L.P.

By: /s/ *Jeremy B. Clarke, Esq.*
Nathan J. Aman, Esq.
Nevada Bar No. 8354
Jeremy B. Clarke, Esq.
Nevada Bar No. 13849
327 California Ave.
Reno, Nevada 89509
(775) 284-8888
Attorneys for Plaintiff/Counterdefendants

WOODBURN & WEDGE

By: /s/ *Dane W. Anderson, Esq.*
Dane W. Anderson, Esq.
Nevada Bar No. 6883
danderson@woodburnandwedge.com
6100 Neil Road, Ste. 500
Reno, Nevada 89511-1149
(775) 688-3000

and

SMIDT, REIS & KELEHER, P.C.

By: /s/ *Michael L. Carrico, Esq.*
Michael L. Carrico, Esq. (by *pro hac vice*)
New Mexico Bar No: 6727
mcarrico@srklawnm.com
4811A Hardware Dr., NE Ste. 4
Albuquerque, New Mexico 87109
(505) 830-2200
Attorneys for Defendants/Counterclaimants

**IT IS SO ORDERED:**

_____
U.S. Magistrate Judge

Dated: __October 4__, 2018

985875                          -3-