Dane W. Anderson, Esq.
Nevada Bar No. 6883
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, NV 89511
Telephone: 775-688-3000
Facsimile: 775-688-3088
danderson@woodburnandwedge.com

Michael Carrico
Smidt, Reist & Keleher
4811A Hardware Dr. NW, Suite 4
Albuquerque, NM 87109
Telephone: 505-830-2200
Facsimile: 505-830-4400
mcarrico@srklawnm.com

Attorneys for Defendants/Counterplaintiffs/Third Party Plaintiffs
The Eljen Group, LLC,
Elven E. Jennings, Jack Elkins,
Frank Lente and Steve Harper

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NO. 8 MINE, LLC,<br><br>        Plaintiff,<br>   v.<br><br>THE ELJEN GROUP, LLC,<br>ELVEN E. JENNINGS, JACK ELKINS,<br>FRANK LENTE, AND STEVE HARPER,<br><br>        Defendants.<br><hr>THE ELJEN GROUP, LLC, ELVEN E.<br>JENNINGS, JACK ELKINS, FRANK<br>LENTE, AND STEVE HARPER<br><br>        CounterPlaintiffs,<br>   v.<br><br>NO. 8 MINE, LLC<br>        CounterDefendant. | Case No.: 3:18-cv-00104-WGC<br><br>STIPULATION TO FILE THE ELJEN GROUP, LLC'S, ELVEN E. JENNINGS', JACK ELKINS AND STEVE HARPER'S 2ND AMENDED COUNTERCLAIMS AND THIRD PARTY CLAIMS PURSUANT TO FRCP 15(a)(2) |

WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, NV 89511
Tel: (775) 688-3000

THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, AND STEVE HARPER

    Third Party Plaintiffs,

v.

DAVID TACKETT, ARGENT ASSET GROUP, LLC, and ROBERT HIGGINS,

    Third Party Defendants.

COMES NOW, Defendants/Counterclaimants/Third Party Plaintiffs The Eljen Group, LLC, Elven E. Jennings, Jack Elkins, and Steve Harper, by and through their undersigned counsel, and hereby stipulate and agree, pursuant to Fed. R.Civ. P. 15(a)(2) to permit Defendants/Counterclaimants/Third Party Plaintiffs The Eljen Group, LLC, Elven E. Jennings, Jack Elkins, and Steve Harper to include in their responsive pleading to No.8 Mine, LLC's Second Amended Complaint and David Tackett's Counterclaim additional counterclaims/third party claims as follows:

1. Amend the fraud cause of action against No. 8 Mine, LLC and David Tackett to add more specificity;
2. Add a breach of payment on promissory note cause of action against No. 8 Mine, LLC and David Tackett.
3. Various other revisions to clarify the factual allegations contained in the previously filed pleading.

Defendant/Counterclaimant/Third Party Plaintiff Frank Lente filed bankruptcy on or about August 30, 2019. See Notice of Bankruptcy [Doc. 109]. Accordingly, Mr. Lente is not a party to this Stipulation.

DATED this 20th day of September, 2019.        DATED this 20th day of September, 2019.

SMIDT, REIST & KELEHER                           WOODBURN AND WEDGE

-2-

| | |
|---|---|
| /s/ Michael Carrico | /s/ Dane Anderson |
| MICHAEL CARRICO | DANE W. ANDERSON |
| 4811A Hardware Dr. NW, Suite 4 | Nevada Bar No. 6883 |
| Albuquerque, New Mexico 87109 | 6100 Neil Road, Suite 500 |
| Telephone: (505) 830-2200 | Reno, Nevada 89511 |
| Facsimile: (505) 830-4400 | Telephone: (775) 688-3000 |
| mcarrico@srklawnm.com | Facsimile: (775) 688-3088 |
| | danderson@woodburnandwedge.com |

*Attorneys for The Eljen Group, LLC, Elven E. Jennings, Jack Elkins, Frank Lente and Steve Harper, Defendants/Counter Plaintiffs/Third-Party Plaintiffs in Case No. 3:18-CV-00104-WGC*

DATED this 20 th day of September, 2019.

FABIAN VANCOTT

/s/ Jeffrey B. Setness
JEFFREY B. SETNESS, ESQ.
Nevada Bar No. 2820
411 East Bonneville Avenue, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 333-4900
Facsimile: (877) 898-1168
jsetness@fabianvancott.com

*Attorneys for Defendant David Tackett in Case No. 3:18-CV-00028-WGC*
*Attorneys for Plaintiff/Counter Defendant No. 8 Mine, LLC and Counter Defendant/Third Party Defendants David Tackett in Case No. 3:18-CV-00104-WGC*

\* \* \*
**ORDER**

  IT IS SO ORDERED.

  DATED: September 23, 2019.

_____
THE HONORABLE WILLIAM G. COBB
UNITED STATED MAGISTRATE JUDGE

WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, NV 89511
Tel: (775) 688-3000