UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| NO. 8 MINE, | CASE No.: 3:18-cv-00104-WGC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| THE ELJEN GROUP, LLC, *et al*., | **(Re: ECF Nos. 136 & 143)** |
| Defendants. | |

On February 21, 2020, the court entered an order (ECF No. 143) granting the Motion to Compel (ECF No. 136) filed by the "Eljen Parties." In addition to granting the discovery productions sought by the Eljen Parties, the court indicated in its order that it appeared the Eljen Parties should be awarded their attorney's fees and costs incurred by reason of having to litigate the discovery motion, citing Fed. R. Civ. P. 37(c) . (ECF No. 143 at 2, 3). The court, however, held the award of attorney's fees in abeyance until February 28, 2020, to allow No. 8 Mine/Tackett to file any response to the proposed award of attorneys' fees. To date, no response has been filed.

IT IS THEREFORE ORDERED that Plaintiffs No. 8 Mine and Tackett, collectively, shall reimburse the Eljen Parties the sum of $1,721.68 on or before close of business on March 31, 2020. Plaintiffs should be advised they run the risk of having their action against the Eljen Parties dismissed if the award is not satisfied before the deadline the court has imposed.

DATED THIS 5th day of March, 2020.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE