UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NO. 8 MINE, LLC, | 3:18-cv-00104-WGC |
| Plaintiff, | **ORDER** |
| v. | Re: ECF No. 188 |
| THE ELJEN GROUP, LLC, et al., | |
| Defendants. | |

Mitchell Posin, Esq., who is counsel for Plaintiff No. 8 Mine, LLC, and Counter Defendant/Third Party Defendant David Tackett, has filed a motion to withdraw as counsel for No. 8 Mine, LLC, and David Tackett. (ECF No. 188.)

Mr. Posin did not file a proof of service indicating that he served the motion to withdraw on his client, as is required under Local Rule IA 11-6(b). Moreover, under the Local Rule, Plaintiff No. 8 Mine, LLC, and Counter Defendant/Third Party Defendant David Tackett, have fourteen (14) days from the time the motion was served to file a response, if they so desire.

Before the court will consider Mr. Posin's motion to withdraw (ECF No. 188), Mr. Posin shall serve the motion to withdraw (ECF No. 188) as well as a copy of this Order on Plaintiff No. 8 Mine, LLC, and Counter Defendant/Third Party Defendant David Tackett, and file a proof of service with the court. LR IA 11-6(b). Plaintiff No. 8 Mine, LLC, and Counter Defendant/Third

Party Defendant David Tackett, will then have fourteen (14) days to file a response to the motion to withdraw (ECF No. 188), if they so desire.

**IT IS SO ORDERED**.

DATED:  December 28, 2020.

*William G. Cobb*
William G. Cobb
United States Magistrate Judge