UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NO. 8 MINE, LLC, | 3:18-cv-00104-WGC |
| Plaintiff, | **ORDER** |
| v. | Re: ECF No. 188 |
| THE ELJEN GROUP, LLC, et al., | |
| Defendants. | |

Before the court is the motion of Mitchell Posin, Esq., who is counsel for Plaintiff No. 8 Mine, LLC, and Counter Defendant/Third Party Defendant David Tackett, to withdraw as counsel (ECF No. 188). Counsel's motion was served on Plaintiff No. 8 Mine, LLC, and Counter Defendant/Third Party Defendant David Tackett on January 4, 2021. (ECF No. 193 at 2.) No timely response has been filed. Therefore, counsel's motion (ECF No. 188) is **GRANTED**.

Although 28 U.S.C. § 1654 allows "parties" to "plead and conduct their own cases personally," the statute has not been interpreted to allow corporate entities to do so. "Corporations and other unincorporated associations must appear in court through an attorney." *In re America W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam) (citations omitted). This rule "prohibits *pro se* plaintiffs from pursuing claims on behalf of others in a representative capacity." *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008); *see also C.E. Pope Equity*

*Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) (trustee may not appear *pro se* because he is not the person who by substantive law has the right sought to be enforced).

As Judge Hicks noted in *HDR Insurance Managers, LLC v. Summit Insurance Services, Inc.*, No. 2:09-cv-0380-LRH-GWF (D. Nev. 2011),

> It is well recognized that a corporation may only appear in federal court through licensed counsel. *See e.g., Rowland v. California Mens Colony, Unit II Mens' Advisory Council*, 506 U.S. 194, 200-201 (1983); *In re Highley*, 459 F.3d 554, 555 (9th Cir. 1972).

**IT IS HEREBY ORDERED** that Plaintiff No. 8 Mine, LLC, shall file a substitution of counsel within **thirty (30) days** of this order, i.e., on or before **Monday, March 8, 2021**. No. 8 Mine, LLC, should be aware that if it fails to timely secure replacement counsel, its participation in this case may be terminated.

**IT IS FURTHER ORDERED** that a copy of this order and all documents filed until Plaintiff No. 8 Mine, LLC, obtains counsel shall be served on Plaintiff No. 8 Mine, LLC, and Counter Defendant/Third Party Defendant David Tackett, via regular mail at the following addresses:

> No. 8 Mine, LLC
> 2711 E. Lakin Drive, #2
> Flagstaff, AZ 86004

> David Tackett
> 2711 E. Lakin Drive, #2
> Flagstaff, AZ 86004

DATED: February 3, 2021.

_____
William G. Cobb
United States Magistrate Judge

2