# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NO. 8 MINE, LLC,<br><br>　　Plaintiff<br><br>v.<br><br>THE ELJEN GROUP, LLC, et. al.,<br><br>　　Defendants | Case No.: 3:18-cv-00104-WGC<br><br>**Minute Order**<br><br>Re: ECF No. 192 |
| THE ELJEN GROUP, LLC, et. al.<br><br>　　Counter-Plaintiffs<br><br>v.<br><br>NO. 8 MINE, LLC<br><br>　　Counter-Defendant | |
| THE ELJEN GROUP, et. al.,<br><br>　　Third Party Plaintiffs<br><br>v.<br><br>DAVID TACKETT, et. al.,<br><br>　　Third Party Defendants | |

　　The Eljen Parties filed a motion for an order to show cause and for an order seeking the U.S. Marshals assistance in taking possession of a trailer belonging to Mr. Jennings, as was required as part of the judgment entered in this action. (ECF No. 192.) Mr. Tackett filed a response through his counsel, who was subsequently granted leave to withdraw. (ECF No. 194.) The Eljen Parties filed a reply brief indicating that the parties have agreed that Mr. Tackett will return the trailer to the Eljen Parties on February 15, 2021, at 1:00 p.m., at Mr. Tackett's business

premises. If Mr. Tackett follows through with the agreement, the Eljen Parties have agreed to withdraw their motion.

The Eljen parties shall file a notice by **Tuesday, February 16, 2021**, advising the court whether the trailer was returned by the agreed upon deadline. If it is returned, the Eljen Parties shall also indicate the withdrawal of their motion. Mr. Tackett is reminded of his obligation to return the trailer under the court's order. If the trailer is not returned by **Monday, February 15, 2021, at 1:00 p.m.**, the court will enlist the U.S. Marshals assistance in effectuating the return of the trailer.

**IT IS SO ORDERED**.

Dated: February 9, 2021

_____
William G. Cobb
United States Magistrate Judge