UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NO. 8 MINE, LLC, | Case No.: 3:18-cv-00104-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, AND STEVE HARPER, | **First Requested Extension** |
| Defendants. | |
| THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, AND STEVE HARPER | |
| CounterPlaintiffs, | |
| v. | |
| NO. 8 MINE, LLC | |
| CounterDefendant. | |
| THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JECK ELKINS, FRANK LENTE, AND STEVE HARPER | |
| Third Party Plaintiffs, | |
| v. | |

1

DAVID TACKETT, ARGENT ASSET GROUP, LLC, AND ROBERT HIGGINS,

   Third Party Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between David Tackett, in proper person, and THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, AND STEVE HARPER, by and through their attorney, Michael Carrico of Smidt, Reist & Keleher, to an enlargement of the time to reply to Defendant's The Eljen Parties Response to David Tackett's Motion for Late Filing to and including March 19, 2021.

The stipulation is based on David Tackett acting in proper person, and requiring additional time to conduct research and write the reply.

Pursuant to Local Rule IA 6-1(a), the parties affirm that both parties had agreed to this stipulation over email on the 4th day of March, 2021, prior to the expiration of the time to respond.

Dated this 8th day of March, 2021                    Dated this 8th day of March, 2021

_____                    ___email approval 3/4/21_____
David Tackett                                 Michael Carrico, Esq.

**IT IS SO ORDERED**

_William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 9, 2021.