# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NO. 8 MINE, LLC, <br><br> Plaintiff <br><br> v. <br><br> THE ELJEN GROUP, LLC, et. al., <br><br> Defendants | Case No.: 3:18-cv-00104-WGC <br><br> **Order** <br><br> Re: ECF No. 223 |
| THE ELJEN GROUP, LLC, et. al. <br><br> Counter-Plaintiffs <br><br> v. <br><br> NO. 8 MINE, LLC <br><br> Counter-Defendant | |
| THE ELJEN GROUP, et. al., <br><br> Third Party Plaintiffs <br><br> v. <br><br> DAVID TACKETT, et. al., <br><br> Third Party Defendants | |

Third Party Defendant David Tackett has until **12:00 p.m. on Friday July 16, 2021**, to file a response to Defendants/Counter-Plaintiffs/Third-Party Plaintiffs the Eljen Parties' motion for immediate registration of judgments in other districts (ECF No. 223).

**IT IS SO ORDERED**.

Dated: July 12, 2021

_____
William G. Cobb
United States Magistrate Judge